**Order filed July 26, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00777-CV**

_____

**FLOYD KENNETH BAILEY, JR. AND KENNETH CAMP BAILEY, Appellants**

**V.**

**ADAM PEAVY AND ADAM PEAVY PC, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-06454**

---

## A B A T E M E N T   O R D E R

A sealed supplemental clerk's record was filed March 25, 2021. Our review has determined that relevant items have been omitted from that record. *See* Tex. R. App. P. 34.5(c). The record is missing every other page of the documents included in that record.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **August 5, 2022** containing the missing pages.

If the omitted pages are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted pages are not a part of the case file.

If the omitted pages are not part of the case file, it is incumbent on the parties to file a new motion to seal in the trial court with **complete** copies of the documents to be included in the sealed supplemental clerk's record. If the parties desire to provide a complete record, they are requested to ensure that the District Clerk provides this court with a complete sealed supplemental clerk's record **within 60 days from this order**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the complete sealed supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel Consists of Justices Wise, Spain, and Hassan.